UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMARI MALIQ COSEY,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:25-cr-21

**ORDER OF DETENTION**

Defendant appeared before me on May 14, 2025, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a bond hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on May 14, 2025.

        /s/ Sally J. Berens
        SALLY J. BERENS
        U.S. Magistrate Judge